## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANA L. RICE-SMITH,** | : | |
| **Plaintiff,** | : | **DOCKET NO 1:20-cv-01473** |
| | : | |
| **v.** | : | |
| | : | |
| **MISERICORDIA CONVALESCENT** | : | Judge Christopher C. Conner |
| **HOME d/b/a MISERICORDIA** | : | |
| **NURSING & REHABILITATION** | : | |
| **CENTER,** | : | |
| **Defendant,** | : | **JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL

**TO THE CLERK:**

The undersigned counsel hereby Stipulate and agree that the above-captioned matter

shall be marked as settled, satisfied and discontinued.


Respectfully Submitted,
**BENN**LAW**FIRM**


Date:   2/15/23          By:     /s/ James F. Logue
                                 James F. Logue, Esquire
                                 Attorney I.D. PA # 202170
                                 103 East Market Street
                                 P.O. Box 5185
                                 York, PA  17405-5185
                                 Phone: (717) 852-7020
                                 Fax: (717) 852-8797
                                 jlogue@bennlawfirm.com
                                 Attorney for Plaintiff

1

**Bunker & Ray**

By: <u>/s/ May Mon Post</u>
    May Mon Post, Esq.
    436 Walnut Street, WA01A
    Philadelphia, PA 19106
    215-845-6181
    maymon.post@bunkerray.com
    Attorney for Defendant

Date:  2/15/23